## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__        DISTRICT OF        __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.  1:06-CV-0155 (LEK/DRH)

**DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC,**

      **Plaintiff,**

-against-

**DIANE H. KENNEDY; GREGORY W. JAYNE; MELISSA JAYNE; SHADES OF NEWPORT BRIDGE, INC.; G.D.M. PROPERTIES, LLC,**

      **Defendants,**

____     JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants; It is further ORDERED that judgment in the total amount of $1,239,241.17 be entered against the Defendants; all in accordance with the ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated May 31, 2006.

**DATE:**   June 01, 2006

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**