===============================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____ NORTHERN _____ DISTRICT OF _____ NEW YORK _____

**AMENDED JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  1:06-CV-0155 (LEK/DRH)**

**DAIMLER CHRYSLER FINANCIAL
SERVICES AMERICAS LLC,**

                **Plaintiff,**

   **-against-**

**DIANE H. KENNEDY; GREGORY W. JAYNE;
MELISSA JAYNE; SHADES OF NEWPORT
BRIDGE, INC.; G.D.M. PROPERTIES, LLC,**

                **Defendants,**

_____     **JURY VERDICT.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__     **DECISION by COURT.** This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants; It is further ORDERED that judgment in the total amount of $1,239,241.17  be entered against the Defendant G.D.M. Properties, LLC; all in accordance with the ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated May 31, 2006.

**DATE:**   June 01, 2006                                        ***LAWRENCE K. BAERMAN***
                                                                                  CLERK OF THE COURT

*(signed)* Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**