## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:06-CV-0155 (LEK/DRH)

DAIMLER-CHRYSLER FINANCIAL
SERVICES AMERICAS LLC,

   **Plaintiff,**

 v.

DIANE H. KENNEDY; GREGORY W. JAYNE;
MELISSA JAYNE; SHADES OF NEWPORT
BRIDGE, INC.; G.D.M. PROPERTIES, LLC,

   **Defendants,**

____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants DIANE H. KENNEDY, GREGORY W. JAYNE, MELISSA JAYNE and SHADES OF NEWPORT BRIDGE, INC.; IT IS FURTHER ORDERED that judgment in the amount of $1,054,474.31 in principle; total interest in the amount of $90,355.32; cost of $250.00 and a per diem interest of $279.86 be entered against the above listed defendants, in accordance with the Order of the Honorable Lawrence E. Kahn, United States District Judge, dated October 10, 2006.

DATE: October 19, 2006

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**